[No. 42128-0-I.     Division One.     August 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK EDWARD
LEACH, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 97-1-00088-3, Alan R. Hancock, J., entered
February 11, 1998. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker and Ellington, JJ.

[No. 42147-6-I.     Division One.     August 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN M.
NINO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05671-0, Michael S. Spearman, J., entered
February 2, 1998. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, C.J., and Coleman, J.

[No. 42586-2-I.     Division One.     August 16, 1999.]

*In the Matter of the Marriage of* ROBERT FREDERICK
VINCENT, JR., *Appellant*, and CATHERINE A. VINCENT,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 81-3-10708-1, R. Joseph Wesley, J., entered
April 9, 1998. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Coleman and Becker, JJ.

[No. 42755-5-I.     Division One.     August 16, 1999.]

*In the Matter of the Marriage of* JANET M.
HIGGENBOTTOM, *Appellant*, and JOHN R. HIGGENBOTTOM,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-3-08658-5, Stephen M. Gaddis, J. Pro Tem.,
entered May 6, 1998. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Agid, A.C.J., and Webster, J.